Case: 4:26-cv-00008-SRW    Doc. #: 13    Filed: 06/03/26    Page: 1 of 2 PageID #: 444

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TYONA F., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-CV-00008  SRW |
| | ) | |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant(s). | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Commissioner's Motion to Reverse and Remand this case for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). ECF No. 12. The Court has jurisdiction over the subject matter of this action under § 405(g). The parties have consented to the exercise of authority by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On January 5, 2026, Plaintiff filed a Complaint seeking review of the Commissioner's decision that Plaintiff was not under a disability within the meaning of the Social Security Act. ECF No. 1. The Commissioner filed the transcript of the administrative proceedings on March 5, 2026. ECF No. 9. Plaintiff filed a brief in support of the complaint on April 3, 2026. ECF No. 10.

On June 2, 2026, the Commissioner filed the instant Motion to Reverse and Remand this case for further action under sentence four of section 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding

1

the cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner represents that upon review of the record, agency counsel determined remand is necessary for further evaluation of Plaintiff's claim. ECF No. 12.

Upon review of Plaintiff's brief in support of her complaint, the ALJ's decision, and the Commissioner's motion, the Court agrees with the Commissioner that this case should be reversed and remanded pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further evaluation of Plaintiff's claims.

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion to Reverse and Remand [ECF No. 12] is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED**.

**IT IS FURTHER ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further consideration.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for an Extension of Time to File a Response [ECF No. 11] is **DENIED as moot**.

So Ordered this 3rd day of June, 2026.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

2